UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 25-02697-DSF-AS | Date | November 14, 2025 |
|---|---|---|---|
| Title | David Valencia v. Frank Bisignano, Commissioner of Social Security | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**         **ORDER TO SHOW CAUSE**

On October 9, 2025, David Valencia, ("Plaintiff"), represented by counsel, filed a Complaint for Review of Social Security Decision. (Docket No. 1). On October 9, 2025, the Court issued a notice informing Plaintiff that he did not pay the appropriate filing fee or a request to proceed without prepayment of the filing fee with supporting declaration and directed Plaintiff to submit the required form or pay the filing fee4 within thirty (30) days. (Dkt. No. 2). On October 245, 2025, the Court directed Plaintiff to file a notice of interested parties by no later than October 31, 2025. (Dkt. No. 6).

To date, Plaintiff has not complied with the Court's directives – he has failed to file the required Request to proceed without prepayment of the filing fee or submit payment and to file the required notice of interested parties, or otherwise communicate with the Court regarding these matters. .

The Court, on its own motion, orders Plaintiff to show cause, in writing, **no later than December 1, 20**25, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file the required documents and/or pay the filing fee in response to this Order to Show Cause **no later than November 28, 2025**.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 25-02697-DSF-AS | Date | November 14, 2025 |
|---|---|---|---|
| Title | David Valencia v. Frank Bisignano, Commissioner of Social Security | | |

**Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause may result in a recommendation that this action be dismissed with prejudice for failure to comply with Court orders and for his failure to prosecute. See Fed.R.Civ.P.41(b).**

|  |  | 0 : 00 |
|---|---|---|
|  | Initials of Preparer | AF |