UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 25-2697-DSF (AS) | Date | February 11, 2026 |
|---|---|---|---|
| Title | David Valencia v. Frank Bisignano, Commissioner of Social Security | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

Proceedings (In Chambers):          **ORDER TO SHOW CAUSE**


On October 9, 2025,  Plaintiff  David Valencia, ("Plaintiff"), who is represented by counsel, filed a Complaint for Review of Social Security Decision.  (Docket No. 1).  On October 16, 2025, this matter was referred to the undersigned for decision. (Dkt. No. 5).  On November 19, 2025, the Court issued a case management Order. (Dkt. No. 9).

On December 15, 2025, Defendant filed an Answer and the Certified Administrative Record.  (Docket No. 10).

Plaintiff was required to file a brief within 30 days of service of the Defendant's Answer.  See  Dkt. No. 9 at note 1.  Plaintiff has not complied with the Court's Order and, to date, Plaintiff has failed to file Plaintiff's brief, seek an extension of time to do so, or otherwise communicate with the Court.

The Court, on its own motion, orders Plaintiff to show cause, in writing, no later than **March 4, 2026**, why this action should not be dismissed for lack of prosecution.  See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).  Plaintiff may file the required brief or Declaration in response to this Order to Show Cause **no later than March 4, 2026**.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed.R.Civ.P.  41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.**

CV-90 (06/04)                                   CIVIL MINUTES - GENERAL
Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 25-2697-DSF (AS) | Date | February 11, 2026 |
|---|---|---|---|
| Title | David Valencia v. Frank Bisignano, Commissioner of Social Security | | |

**Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause may result in the dismissal of this action with prejudice for failure to comply with Court orders and for his failure to prosecute.  See Fed.R.Civ.P.41(b).**

**IT IS SO ORDERED.**

cc:    Dale S. Fischer
United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |