JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| DAVID PAUL VALENCIA,<br><br>              Plaintiff,<br><br>      v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>              Defendant. | Case No. EDCV 25-2697-DSF (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 10, 2026

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE